**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE LEWIS WILLIAMS,<br><br>    Petitioner,<br><br>  vs.<br><br>C. PFEIFFER, Warden,<br><br>    Respondent. | Case No. CV 16-05025- TJH (KES)<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Summarily Dismissing Petition for Writ Of Habeas Corpus For Lack Of Subject Matter Jurisdiction,

  **IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 21, 2016

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE